IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIOVANNI MUCCI | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 16-2624 |
| CYNTHIA LINK, SUPERINTENDENT | : | |
| SCI-GRATERFORD, et al | : | |
| Respondents. | : | |

## ORDER

This 6th day of July, 2017, upon careful and independent consideration of Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by *pro se* petitioner, Giovanni Mucci, the record in this case, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, dated April 26, 2017, **IT IS ORDERED** as follows:

1. Petitioner's request for the appointment of counsel is **DENIED;**

2. The Report and Recommendation is **APPROVED AND ADOPTED;**

3. The Petition for Writ of Habeas Corpus is **DISMISSED;** and

4. A certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

                                                      /s/ Gerald Austin McHugh
                                                United States District Judge